UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL PHILLIPS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1177** |
| **USAA CASUALTY INSURANCE COMPANY** | **SECTION: D (4)** |

### ORDER DISMISSING CASE

Before the Court is a Joint Final Motion to Dismiss (R. Doc. 13) filed by Plaintiffs Paul Phillips and Alyce Richard.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiffs' claims against the Defendant are hereby **DISMISSED with prejudice**, with each party to bear its own costs.

New Orleans, Louisiana, January 3, 2024.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**